IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 07-cv-00783-RPM

CLARK HOLLIS, surviving spouse, and
LISA WEEMS, surviving daughter of
CAROL HOLLIS, deceased,

        Plaintiffs,

v.

PFIZER INC., a Delaware corporation,

        Defendant.
_____

ORDER OF RECUSAL
_____

Because my wife has experience with Celebrex, the prescription drug in this action, I must recuse myself from handling this case. It is therefore

ORDERED that the Clerk shall reassign this case to another judge.

DATED: April 18, 2007.

        BY THE COURT:

        s/Richard P. Matsch

        _____
        Richard P. Matsch, Senior District Judge