IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00783-WYD-MEH

CLARK HOLLIS, surviving spouse; and
LISA WEEMS, surviving daughter of Carol Hollis, deceased;

    Plaintiffs;

v.

PFIZER, INC., a Delaware corporation;

    Defendant.

## MINUTE ORDER

**Entered by Michael E. Hegarty, United States Magistrate Judge, May 15, 2007.**

    Defendant Pfizer Inc.'s unopposed Motion for Stay of all Proceedings Pending Transfer to Multidistrict Litigation Proceeding [Filed May 15, 2007; Docket #9] is **granted**. The Scheduling Conference set for August 6, 2007, is **vacated**, as are all other discovery related deadlines. This case is **stayed** pending transfer under the MDL proceeding to the Northern District of California.

    It is further ORDERED that Defendant shall submit a status report no later than June 30, 2007, indicating the expected time line for the transfer of this case, if this case has not been transferred at that time.